No. 560. FIDELITY & CASUALTY COMPANY OF NEW YORK *v.* D. N. MORRISON CONSTRUCTION CO., INC. Motion submitted December 22, 1934. Decided January 7, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Parsons v. Federal Realty Corp.,* 105 Fla. 105; 143 So. 912; *Mutual Life Ins. Co. v. Hilton-Green,* 241 U. S. 613, 623; *American Fire Ins. Co. v. King Lumber Co.,* 250 U. S. 2, 10–11, 13–14; *Orient Ins. Co. v. Daggs,* 172 U. S. 557, 565–566; *National Ins. Co. v. Wanberg,* 260 U. S. 71, 73 *et seq.; Stipcich v. Insurance Co.,* 277 U. S. 311, 320; *Merchants Liability Co. v. Smart,* 267 U. S. 126, 129; *Hancock Mutual Life Ins. Co. v. Warren,* 181 U. S. 73, 76–77; *O'Gorman & Young v. Hartford Ins. Co.,* 282 U. S. 251, 257. *Messrs. John G. McKay* and *James A. Dixon* for appellant. *Messrs. Frederick M. Hudson* and *Garland M. McNutt* for appellee.